UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MAHLER,<br>#38422-051,<br><br>                        Petitioner,<br><br>v.<br><br>WHITE, Acting Warden, et al.,<br><br>                       Respondents. | Case No.: 3:25-cv-2676-CAB-BJW<br><br>**ORDER:**<br><br>**(1) DENYING MOTION TO PROCEED IN FORMA PAUPERIS [Doc. No. 2];**<br><br>**(2) DISMISSING CASE WITHOUT PREJUDICE; AND**<br><br>**(3) DENYING MOTION TO EXPEDITE AS MOOT [Doc. No. 3]** |

      Petitioner Shawn Mahler, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1.] Petitioner has also filed a motion to proceed in forma pauperis and a motion to expedite. [Doc Nos. 2, 3.]

      Petitioner's request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine his financial status. A request to proceed in forma pauperis must include a completed affidavit with a statement of all assets showing an inability to pay the $5.00 filing fee signed under penalty of perjury. *See* S.D. Cal. CivLR 3.2; *see also* 28 U.S.C. § 1915(a)(1). The motion must also "contain a certified copy of the trust fund account statement (or institutional equivalent) for the

prisoner for the 6-month period immediately preceding the filing of the suit or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." S.D. Cal. CivLR 3.2; *see also* 28 U.S.C. § 1915(a)(2). Here, Petitioner has only submitted a short letter requesting to proceed in forma pauperis, in which he states he "is incarcerated and unable to maintain steady employment due to his incarceration thereby meeting the criteria to proceed as pro se forma pauperis." [Doc. No. 2 at 1.] Because Petitioner fails to provide the Court with the required affidavit and information, the Court **DENIES** the request to proceed in forma pauperis and **DISMISSES** the case without prejudice. The Court **DENIES** Petitioner's motion to expedite without prejudice as **MOOT**.

To have this case reopened, Petitioner must, by **December 9, 2025**, provide the Court with: (1) a copy of this order together with the $5.00 filing fee; or (2) a copy of this order together with adequate proof that Petitioner cannot pay the $5.00 filing fee. For Petitioner's convenience, the Clerk of Court shall include with this order a blank application to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated:  October 14, 2025

Hon. Cathy Ann Bencivengo
United States District Judge